IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MARK CORBITT,** *Plaintiff,* | § § § § § § | |
| **VS.** | § § § § § § | Civil Action No. 1:22-cv-4 |
| **LAKEVIEW LOAN SERVICING, LLC,** *Defendant.* | § § § § | |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Lakeview Loan Servicing, LLC ("Defendant") and files this Motion for Withdrawal and Substitution of Counsel, and in support thereof, would respectfully show as follows:

1. Defendant has retained Kelly J. Harvey, of the Harvey Law Group, to represent it in this case. Defendant moves the Court to allow the withdrawal of Shelley L. Hopkins, of HOPKINS LAW, PLLC, and as Of Counsel to BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, and Robert D. Forster, II, of BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP as its counsel of record in this case and substitute Kelly J. Harvey of the Harvey Law Group as its counsel of record.

2. The contact information for Kelly J. Harvey is as follows:

> Kelly J. Harvey
> HARVEY LAW GROUP
> SBN:09180150
> SDN:17194
> P.O. Box 131407
> Houston, Texas 77219
> Telephone: (832) 922-4000
> Facsimile: (832) 922-6262
> E-mail: kelly@kellyharvey.com

3. As indicated in the certificate of conference below, the undersigned counsel has attempted to confer with all parties, and all parties are in agreement with the relief requested in the Motion except for counsel for the Intervenor, who has not responded to the undersigned's attempts to confer.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant this motion and that Shelley L. Hopkins, of HOPKINS LAW, PLLC, and as Of Counsel to BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, and Robert D. Forster, II, of BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP be allowed to withdraw as its counsel of record and substitute Kelly J. Harvey of the Harvey Law Group as its counsel of record in this case.

Dated: April 18, 2022

> Respectfully submitted,
>
> **HARVEY LAW GROUP**
>
> */s/ Kelly J. Harvey*
> Kelly J. Harvey
> e-mail: kelly@kellyharvey.com
> SBN: 09180150
> SD:17194
> P.O. Box 131407
> Houston, Texas 77219
> Telephone: (832) 922-4000

        Facsimile: (832) 922-6262
        *Attorney for Defendant*

        */s/ Shelley L. Hopkins*
        Shelley L. Hopkins – Attorney In Charge
        State Bar No. 24036497
        SD ID No. 926469
        HOPKINS LAW, PLLC
        3 Lakeway Centre Ct., Suite 110 Austin, Texas 78734
        (512) 600-4320
        BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP - Of Counsel
        ShelleyH@bdfgroup.com
        shelley@hopkinslawtexas.com

        */s/ Robert D. Forster, II*
        Robert D. Forster, II
        State Bar No. 24048470
        SD ID No. 2647781
        BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP 4004 Belt Line Road, Ste. 100 Addison, Texas 75001
        (972) 386-5040
        (972) 341-0734 (Facsimile)
        RobertFO@bdfgroup.com

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have attempted to confer with all counsel in this matter. All attorneys with the exception of the attorney for the intervenor, Mr. Robles, are in agreement with the relief requested in this motion. Mr. Robles did not respond to my several attempts to confer.

        */s/ Kelly J. Harvey*
        Kelly J. Harvey

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion for Substitution of Counsel has been forwarded to all parties of record, via ECF filing on this the 18th day of April, 2022.

        */s/ Kelly J. Harvey*
        Kelly J. Harvey

VIA ECF:
Timothy A. Davis
Davis Law, P.C.
1320 N. 10th St., Suite 140 McAllen, Texas 78501
timm@tdavislawpc.com
ATTORNEYS FOR PLAINTIFF

VIA ECF:
Roel "Robie" Flores
Flores Attorneys at Law 3331 N. Ware Rd.
McAllen, Texas 78501
office@floreslaw.net
ATTORNEYS FOR INTERVENOR