United States District Court
Southern District of Texas
**ENTERED**
May 05, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARK CORBITT, *Plaintiff,* | § § § § § § | |
| VS. | § § § | Civil Action No. 1:22-cv-4 |
| LAKEVIEW LOAN SERVICING, LLC, *Defendant.* | § § § | |

## AGREED ORDER OF DISMISSAL

Came on for consideration the Plaintiff's, Intervenor's and Defendant's Agreed Joint Motion to Dismiss this cause with prejudice (the "Motion"). The Court is of the opinion that said Motion should be granted.

It is therefore, ORDERED, ADJUDGED and DECREED the Motion is GRANTED.

It is further ORDERED, ADJUDGED and DECREED that this cause 1:22-cv-4 is hereby DISMISSED WITH PREJUDICE to refiling.

Dated: May 5, 2022

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AND ENTRY REQUESTED BY:

**HARVEY LAW GROUP**
*/s/ Kelly J. Harvey*
Kelly J. Harvey
E-mail: kelly@kellyharvey.com
SBN: 09180150
SD:17194
P.O. Box 131407
Houston, Texas 77219
Telephone: (832) 922-4000
Facsimile: (832) 922-6262
ATTORNEY FOR DEFENDANT

**DAVIS LAW, P.C.**

*Timothy A. Davis*
Timothy A. Davis
E-mail: timm@tdavislawpc.com
SBN:00790570
1320 N. 10th St., Suite 140
McAllen, Texas 78501
ATTORNEY FOR PLAINTIFF

Roel "Robie" Flores
Attorney at Law
E-mail: office@floreslaw.net
SBN: 07167020
3331 N. Ware Rd.
McAllen, Texas 78501
ATTORNEY FOR INTERVENOR